UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>AKBER A. HUSSAIN, et al.,<br>　　　　Defendants. | Case No.  20-cv-05224-SVK<br><br>**ORDER TO SHOW CAUSE** |

Based on the parties' failure to comply with the Court's order that the parties file a joint status report by January 13, 2021 (Dkt. 15), the Court hereby **ORDERS** the parties to appear on **February 23, 2021 at 1:30 p.m.** and show cause why this case should not be dismissed. In addition, no later than **February 16, 2021**, the parties shall file a joint response to this Order to Show Cause ("OSC"). Failure to file a response to this OSC or to appear at the OSC hearing will result in dismissal.

**SO ORDERED.**

Dated: January 19, 2021

SUSAN VAN KEULEN
United States Magistrate Judge