1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | ) Case No. 5:20-cv-05224-SVK |
| Plaintiff, | ) |
| | ) **ORDER** ENTERING JUDGMENT |
| v. | ) |
| | ) |
| **Akber A. Hussain**, in individual and representative capacity as Trustee of The Akber A. and Farida Hussain Revocable Trust dated August 20, 2018; **Farida Hussain**, in individual and representative capacity as Trustee of The Akber A. and Farida Hussain Revocable Trust dated August 20, 2018; **B&B Markets Inc.,** a California Corporation; and Does 1-10, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of plaintiff and against defendants **Akber A. Hussain**, in individual and representative capacity as Trustee of The Akber A. and Farida Hussain Revocable Trust dated August 20, 2018; **Farida Hussain**, in individual and representative capacity as Trustee of The Akber A. and Farida

1    Hussain Revocable Trust dated August 20, 2018; **B&B Markets Inc.,** a

2    California Corporation, in the amount of $7946.57.

3

4    Date: June 9, 2022                                    _____

5                                                          Hon. Susan Van Keulen.

6                                                          US MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~Proposed~~ ORDER                          5:20-cv-05224-SVK